**FILED**
FEB 2 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John E Gilbert

      Plaintiff,

vs.

P. Delvillar, James Tilton, N. Grannis, Michael Evans, G.A. Neethi, G. Lewis, G.R. Salazar, K. Jones, P. Roque, R.A. Kessler, Majiea, N. Clark, Hogdan, A. Villalobos, A. Kuhnert, D. Avalos

      Defendant.

CASE NO. 08 1181 TEH (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, John E Gilbert, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

N/A

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Pyrmed Drilling    1988_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or            Yes ___ No ✓
10        self employment
11   b.   Income from stocks, bonds,         Yes ___ No ✓
12        or royalties?
13   c.   Rent payments?                     Yes ___ No ✓
14   d.   Pensions, annuities, or            Yes ___ No ✓
15        life insurance payments?
16   e.   Federal or State welfare payments, Yes ___ No ✓
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ N/a _____
22  _____

23  3.   Are you married?                    Yes ___ No ✓
24  Spouse's Full Name: _____ N/A
25  Spouse's Place of Employment: _____ N/A
26  Spouse's Monthly Salary, Wages or Income: N/A
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

    b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

    N/A

5.  Do you own or are you buying a home?   Yes ___ No ___
Estimated Market Value: $_____  Amount of Mortgage: $_____
6.  Do you own an automobile?   Yes ___ No ✓
Make _____ Year _____ Model _____
Is it financed? Yes ___ No ___ If so, Total due: $_____
Monthly Payment: $_____
7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

N/A

Present balance(s): $_____
Do you own any cash? Yes ___ No ✓ Amount: $_____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8.  What are your monthly expenses?
Rent: $_____   Utilities: _____
Food: $_____   Clothing: _____
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____ N/O _____
4
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___ No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____ N/A _____
10
11     I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  __2-20-08__                    __John E. Hubbud__
17       DATE                         SIGNATURE OF APPLICANT

FEB 1 0 2008

1
2   Case Number: _____
3
4
5
6
7
8               CERTIFICATE OF FUNDS
9                        IN
10              PRISONER'S ACCOUNT
11
12   I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _____ for the last six months
                                          [prisoner name]
14   _____ where (s)he is confined.
        [name of institution]
15   I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated:_____          _____
                                  [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28