FILED

05 MAR 13 PM 3: 43

CLERK, U S DISTRICT COURT
N. DIST. CT. CALIFORNIA

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

CV 08   1181

John Earnest Gilbert

Plaintiff,

CASE NO. _____

vs.

P. Delvillar (Principle Actor) James
T. Hoh, N. Grannis, Michael Evans, G.A.
Neetti, K. Jones, R. A Kessler, G. Lewis
P. Rogue, G.R. Salazar   Defendant.
D. Avilos, N. Clark, A. Villalobos, Majiea
Hogdan, A. Kuhnert

TEH

(PR)

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, _____John Gilbert_____, declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

In support of this application, I provide the following information:

1.      Are you presently employed? Yes ____ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____N/A_____ Net: _____N/A_____

Employer: _____N/A_____

_____

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.  (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    _Pirimend Drilling_ _16.75 HR._

5    _1987_ _$2,680.00 per Month_

6

7    2.    Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9        a.    Business, Profession or                    Yes ___ No ___

10            self employment

11        b.    Income from stocks, bonds,                Yes ___ No ___

12            or royalties?

13        c.    Rent payments?                            Yes ___ No ___

14        d.    Pensions, annuities, or                   Yes ___ No ___

15            life insurance payments?

16        e.    Federal or State welfare payments,        Yes ___ No ___

17            Social Security or other govern-

18            ment source?

19    If the answer is "yes" to any of the above, describe each source of money and state the amount

20    received from each.

21    _N/A_

22

23    3.    Are you married?                              Yes ___ No ___

24    Spouse's Full Name: _N/A_

25    Spouse's Place of Employment: _N/A_

26    Spouse's Monthly Salary, Wages or Income:

27    Gross $ _N/A_                 Net $ _N/A_

28    4.    a.    List amount you contribute to your spouse's support:$ _N/A_

1       b.    List the persons other than your spouse who are dependent upon you for

2              support and indicate how much you contribute toward their support. (NOTE:

3              For minor children, list only their initials and ages. DO NOT INCLUDE

4              THEIR NAMES.).

5       _____NONE_____

6

7   5.   Do you own or are you buying a home?      Yes ___ No ___

8   Estimated Market Value: $ _N/A_ Amount of Mortgage: $ _N/A_

9   6.   Do you own an automobile?         Yes ___ No ___

10  Make _N/A_____ Year _N/A_ Model _N/A_

11  Is it financed? Yes _____ No _____ If so, Total due: $ _N/A_

12  Monthly Payment: $ _N/A_

13  7.   Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

14  Name(s) and address(es) of bank: _N/A_

15

16  Present balance(s): $ _N/A_

17  Do you own any cash? Yes ___ No ___ Amount: $ _N/A_

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.) Yes ___ No ___

20  _____N/A_____

21  8.   What are your monthly expenses?

22  Rent: $ _NONE_ Utilities: _NONE_

23  Food: $ _NONE_ Clothing: _NONE_

24  Charge Accounts:

25  Name of Account     Monthly Payment     Total Owed on This Acct.

26  _____ $ _____ $ _____

27  _____ $ _____ $ _____

28  _____ $ _____ $ _____

1    9.    Do you have any other debts? (List current obligations, indicating amounts and to

2    whom they are payable. Do not include account numbers.)

3    _____ *NONE* _____

4    _____

5    10.    Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?   Yes ____ No ____

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed.

9    _____ *N/A* _____

10    _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12    the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14    understand that a false statement herein may result in the dismissal of my claims.

15    *3-3-08*

16

17    DATE                          SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

2                                    Case Number: _____

3

4

5

6

7

8

9                         CERTIFICATE OF FUNDS

10                                    IN

11                         PRISONER'S ACCOUNT

12

13        I certify that attached hereto is a true and correct copy of the prisoner's trust account

14   statement showing transactions of **Gilbert, John** E50957 for the last six months

15   at
          SALINAS VALLEY STATE PRISON
16        ACCOUNTING DEPARTMENT                [prisoner name]
          P.O. BOX 1020
17        SOLEDAD, CA 93960-1020               where (s)he is confined.

18              [name of institution]

19        I further certify that the average deposits each month to this prisoner's account for the

20   most recent 6-month period were $ **31.17** and the average balance in the prisoner's

21   account each month for the most recent 6-month period was $ **31.44**.

22

23   Dated: **3/12/08**                   L. macias

24                                    [Authorized officer of the institution]

25

26

27

28

```
REPORT ID: TS3030  .701                                    REPORT DATE: 03/12/08
                                                              PAGE NO:        :
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SALINAS VALLEY STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT·

                   FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 12, 2008

ACCOUNT NUMBER : E50957                        BED/CELL NUMBER: FAB3T1000000111U
ACCOUNT NAME   : GILBERT, JOHN ERNEST             ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY
      TRAN
 DATE CODE  DESCRIPTION      COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
 ----- ----  ------------   ---------  ---------  ---------  -----------  ---------

 09/01/2007   BEGINNING BALANCE                                               0.00

 09/07*VD54 INMATE PAYROL 0706 P8/07              3.05                        3.05
 11/01 W536 COPAY CHARGE  1220 COPAY                          3.05            0.00
 11/06*VD54 INMATE PAYROL 1254 P9/07              3.98                        3.98
 11/07 FC06 DRAW-FAC 6    1279   D1                           3.98            0.00
 11/15*DD30 CASH DEPOSIT  1349 7061             90.00                        90.00
 11/16 W512 LEGAL POSTAGE 1364 ENVEL                         1.65           88.35
 12/11*DD30 CASH DEPOSIT  1545 7131             90.01                       178.36
 12/17 FC01 DRAW-FAC 1    1591 A3                           178.36            0.00
   ACTIVITY FOR 2008
 01/14 FRO1 CANTEEN RETUR 701813                            0.11-            0.11
 01/15 W536 COPAY CHARGE  1846 COPAY                         0.11            0.00


                           CURRENT HOLDS IN EFFECT
  DATE       HOLD
 PLACED      CODE            DESCRIPTION           COMMENT      HOLD AMOUNT
 ----------  ----   ------------------------------ ----------  -----------
 02/20/2008  H114   COPAY FEE, MED.                2180DCOPAY      5.00


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/04/94                        CASE NUMBER: SC057084
COUNTY CODE: KER                                FINE AMOUNT: $    200.00

  DATE     TRANS.   DESCRIPTION                    TRANS. AMT.    BALANCE
 --------  ------   ------------------------------ -----------  ---------
 09/01/2007   BEGINNING BALANCE                                   113.35

 09/07/07   VR54    RESTITUTION DEDUCTION-SUPPORT     3.38-       109.97
 11/06/07   VR54    RESTITUTION DEDUCTION-SUPPORT     4.42-       105.55
```

REPORT ID: TS3030  .701                                    REPORT DATE: 03/12/0
                                                              PAGE NO:

                        SALINAS VALLEY STATE PRISON
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 12, 2008

ACCT:  E50957    . ACCT NAME: GILBERT, JOHN ERNEST        ACCT TYPE: I


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/04/94                          CASE NUMBER: SC057084
COUNTY CODE: KER                                  FINE AMOUNT: $     200.00

  DATE       TRANS.    DESCRIPTION                   TRANS. AMT.     BALANCE
--------    ------    ------------------------------   -----------   ----------
11/15/07    DR30     REST DED-CASH DEPOSIT              100.00-         5.55
12/11/07    DR30     REST DED-CASH DEPOSIT                5.55-         0.0C


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/04/94                          CASE NUMBER: SC057084A
COUNTY CODE: KER                                  FINE AMOUNT: $     200.0C

  DATE       TRANS.    DESCRIPTION                   TRANS. AMT.     BALANCE
--------    ------    ------------------------------   -----------   ----------

09/01/2007   BEGINNING BALANCE                                        200.0C

12/11/07    DR30     REST DED-CASH DEPOSIT               94.45-       105.55

        * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
        * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL        TOTAL       CURRENT        HOLDS      TRANSACTIONS
   BALANCE      DEPOSITS    WITHDRAWALS    BALANCE       BALANCE     TO BE POSTEI
-------------  ------------  ------------  -------------  -----------  -------------
      0.00        187.04       187.04         0.00         5.00           0.0C
-------------  ------------  ------------  -------------  -----------  -------------
-------------  ------------  ------------  -------------  -----------  -------------




THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE. 3/12/08
ATTEST:
CALIFORNIA DEPARTMENT.OF CORRECTIONS
BY K. Macias  SUSP
TRUST OFFICE

                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                           -------------
                                               5.0C
                                           -------------
                                           -------------

FILED

FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2  Name _Gilbert_____ _John_____ _E_____
3     (Last)              (First)          (Initial)

4  Prisoner Number _E-50957_

5  Institutional Address _PO. Box 1050 Soledad Calif 93960_

7            UNITED STATES DISTRICT COURT
8            NORTHERN DISTRICT OF CALIFORNIA                    TEH

9  _John Earnest Gilbert_
   (Enter the full name of plaintiff in this action.)                (PR)

10  (Principle actor) — vs.p. DelVillar,    CV 08 ase No. 1181
11  James Tilton, N. Grannis, Michael Evans,     (To be provided by the Clerk of Court)

12  GA. Neotti, K. Jones, R.A. Kessler,    COMPLAINT UNDER THE
                                           CIVIL RIGHTS ACT,
13  G. Lewis, P. Roque, G.R. Salazar, D. Avalos    Title 42 U.S.C § 1983

14  N. Clark, A. Villalobos, Majica, Hogdan, A. Kuhnert
    (Enter the full name of the defendant(s) in this action)

16  [All questions on this complaint form must be answered in order for your action to proceed..]

17  I.    Exhaustion of Administrative Remedies.

18        [Note: You must exhaust your administrative remedies before your claim can go

19        forward. The court will dismiss any unexhausted claims.]

20        A.    Place of present confinement _Salinas Valley State Prison_

21        B.    Is there a grievance procedure in this institution?

22              YES (X)     NO ( )

23        C.    Did you present the facts in your complaint for review through the grievance

24              procedure?

25              YES ( )     NO (X)

26        D.    If your answer is YES, list the appeal number and the date and result of the

27              appeal at each level of review. If you did not pursue a certain level of appeal,

28              explain why. _Because my celly filed and put me IN_
              _The 602 Appeal as I was apart of His and a_
    COMPLAINT  _victim as well and didn't Think we both had too!_