RECEIVED

FILED
APR 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

APR 1 8 2008
4-12-08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Office of the Clerk,

My Name is John Hilbert E-50957 - in Refference to Case Number # CV08 1181. TEH (PR)

Enclosed is a Copy of a Sworn Statment from An Inmate Wittness.

Please Amend This Statment Into my Complaint As Well As Inmate Milezo's #K-13061.

Thank You of your time

John Hilbert

(Sworn Statement by: Wyhatt Weatherbie)   3-6-08
ON 3-9-07 at 12.20am i heard Loud voices Comming
From outside my cell (A1-225) at which Time i got
up From my bed and looked outside my cell door
and saw C/o Delivillar going up C-section side stair
case and stop in front of cell (A1-244) Which is
housed by in-mate Gilbert and in-mate Milazo.
I heard The above officer say go lay-down. (I
couldn't make out what - If anything - Milazo or
Gilbert were saying at That Time.) The above officer
- after about 5 minutes - Walked away and about 15 min
utes later (The Loud Voices Went on The whole time) The
Same officer Came back up the stairs and This time
While The officer was at The cell door The control
officer (C/o Gilmore) yelled "Shut The Fuck up" and I
heard milazo yell out (I dont believe he knew who
yelled at Them because C/o Delivillar was blocking The
cell window) "You shut The Fuck-up!" At That Time
I saw a fast movement and The Food port Slame Shut
and milazo yelled out "You're going to hit me in
my Rib - because i told an In-mate to shut-up!" C/o
Delivillar Said "Oh, is That what i did." as he was
Walking away-back down the stairs. (I Also believe
That milazo had No Idia That The control officer is
The one whom Told him to Shut-up, because when he
Loudley said to C/o Delivillar your going to hit me because
I told an In-mate to Shut-up - This is my guess) About 5
minutes PASSED and I Watched The Same officer - While

walking up the stairs shaking (2) cans (Blue) of
C.O. pepper spray. he stoped in front of A1-244 again
and opened The food port and sprayed a can into the
cell. After it ran out he stuck in another can
and started spraying-only This time while he
sprayed he half heartedly - while moving his head
back-n-forth - was saying stop fighting, stop fighting, and
Then slammed the port shut and said "Suck it up rats" and
walked down the stairs and the Door and Then came back
'n with other officers and sergeant Clark (From the time
"Delivillar shut the port, Left and came back - Took 8 minutes)
Then the Sgt Clark said To The control "hit The Alarm"
I Then saw C/O Vilallobos and Sgt Clark Take milazo out The
door and I saw C/o Vilallobos get outside while pulling up on the
cuffs turn milazo back into the outside wall Talking some
kind of Trash. Then They Took Gilbert out of the cell
and he dropped down outside of the cell door - so he could
get his breath and Then they put him into the shower.
They moved Gilbert into cell A1-247 and about 4 houes
later They brought milazo back and put him into The
same shower (c-upper) and after he showered The spray
off They put milazo back into the same cell A1-244.
This is The end of my statement) I swear under
penalty of perjury That The above statement is true
and Correct. On This 6th day of march 2007 in The
City of Soledad, County of Monterey, State of California.
Wyhatt Weatherbie (X) Wyatt Weatherbie

John E Gilbert F-50957
P.O. Box 1050 /A3-111
Soledad Calif 93960
Salinas Valley State Prison



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680